# Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AXA EQUITABLE LIFE INSURANCE
COMPANY (f/k/a THE EQUITABLE LIFE
ASSURANCE SOCIETY OF THE UNITED
STATES),

                          Plaintiff,

vs.

CENTRE LIFE INSURANCE COMPANY,

                          Defendant.
------------------------------------------------------------x

08 CV 01661

Civil Action No. _____

[PROPOSED] ORDER

      This cause came to be heard on the application of Plaintiff for an order allowing Plaintiff's Motion, By Order to Show Cause, For Temporary Restraining Order and Preliminary and Permanent Injunctive Relief and all documents filed in this case to be filed under seal and otherwise held as confidential, and it appears to the Court that good cause exists therefor;

      NOW, on the application of Simpson Thacher & Bartlett LLP, attorneys for Plaintiff herein, and the Affidavit of Linda H. Martin, it is hereby

      ORDERED that the Motion, By Order to Show Cause, For Temporary Restraining Order and Preliminary and Permanent Injunctive Relief and all documents filed in this case be filed with the Clerk of the Court under seal and otherwise be held as confidential, subject to further order of the Court; and it is further

      ORDERED that a copy of this Order and the papers upon which it is based are to be served on Defendant within two business days of entry of this Order.

Dated: February 19, 2008
       New York, New York

                                                  _____
                                                  U.S.D.J.