```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
AXA EQUITABLE LIFE INSURANCE COMPANY,  :

                  Plaintiff,  :

  -against-  :

CENTRE LIFE INSURANCE COMPANY,  :

                  Defendant.  :
------------------------------------------------------------- x

**ORDER REMOVING SEAL**

08 Civ. 1661 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff in this case has filed documents under seal, citing the presence of "sensitive financial information" in some of the documents. However, pursuant to Rule 4A of my Individual Rules, I find that plaintiff has not made the required showing that sealing of documents in this case is essential to preserve higher values and is appropriately tailored to serve that interest. Accordingly, the Clerk of the Court is directed to unseal the case.

      SO ORDERED.

Dated: New York, New York
       February 26, 2008

                                                  ALVIN K. HELLERSTEIN
                                                  United States District Judge