UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AXA EQUITABLE LIFE INSURANCE  :
COMPANY (f/k/a THE EQUITABLE LIFE : Case No.: _____
ASSURANCE SOCIETY OF THE UNITED :
STATES), :
 :
                      : [CONDITIONALLY] FILED UNDER
                  Plaintiff, : SEAL
 :
        vs. : [SUBJECT TO MOTION TO FILE
 : UNDER SEAL]
CENTRE LIFE INSURANCE COMPANY, :
 :
                  Defendant. :
 :
------------------------------------------------------------x

# AXA EQUITABLE LIFE INSURANCE COMPANY'S RULE 7.1 STATEMENT

       AXA Equitable Life Insurance Company is a wholly-owned subsidiary of AXA Equitable Financial Services, LLC, which in turn is wholly owned by AXA Financial, Inc., which is wholly owned by AXA, S.A. ("AXA"), an entity organized under the laws of the Republic of France. The principal trading market for AXA's ordinary shares is the Premier March of the Euronext Paris S.A. AXA's American Depository Shares and Receipts are listed on the New York Stock Exchange.

Dated: New York, New York
      February 19, 2008

Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: *[signature: Linda H. Martin]*
Barry R. Ostrager (BR 5379)
  Email: bostrager@stblaw.com
Linda H. Martin (LM 9219)
  Email: lmartin@stblaw.com
Agnès Dunogué (AD 1977)
  Email: adunogue@stblaw.com
425 Lexington Avenue
New York, New York 10017-3909
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

***Attorneys for Plaintiff AXA Equitable Life Insurance Company***