SIMPSON THACHER & BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502

[RECEIVED FEB 25 2008 CHAMBERS OF ALVIN K. HELLERSTEIN]

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 2/26/08]

DIRECT DIAL NUMBER
212-455-2655

E-MAIL ADDRESS
bostragen@stblaw.com

VIA FACSIMILE

February 22, 2008

Re: AXA Equitable Life Insurance Company (f/k/a The Equitable Life Assurance Society of the United States) v. Centre Life Insurance Company, Civil Action No. 08-CV-1661 (AKH)

Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Room 1050
New York, New York 10007

Dear Judge Hellerstein:

[Handwritten annotation: So ordered. Discovery can be deferred. The court will maintain juris. based on the allegations of the complaint. 2-25-08 /s/ AKH]

We have received a proposal from Centre Life/Zurich to establish a segregated trust in which Zurich affiliates would place the entire $180 million Reserve Trust shortfall pending resolution of the arbitration between the parties. While we have not been able to fully consider all the details of this proposal, we believe that the parties should be able to reach agreement on the specifics of an appropriate security arrangement.

While AXA Equitable is completely satisfied that it has a very good faith basis for invoking the jurisdiction of the Court, AXA Equitable does not see a need to either pursue jurisdictional discovery at this time or to continue its active prosecution of the action in light of the proposal we have received from Centre Life/Zurich. We ask that the Court maintain jurisdiction, as discussed during the hearing before Your Honor on February 20, pending the filing of a formal dismissal notice by AXA Equitable once the security arrangements have been worked out between the parties.

We are sure Centre Life/Zurich joins AXA Equitable in thanking the Court for its assistance in achieving a just result that provides AXA with the security it

LOS ANGELES   PALO ALTO   WASHINGTON, D.C.   BEIJING   HONG KONG   LONDON   TOKYO

FEB 22 2008 18:22 FR SIMPSON THACHER   12 455 2502   TO #1006551000028121 P.03

SIMPSON THACHER & BARTLETT LLP

Honorable Alvin K. Hellerstein     -2-     February 22, 2008

previously did not have due to the shortfall that existed in the Reserve Trust account.

Respectfully,

*Barry Ostrager*

Barry R. Ostrager

cc:    Alan Vickery, Esq.
       Thorn Rosenthal, Esq.
       Members of the Arbitration Panel

** TOTAL PAGE.03 **