UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AXA EQUITABLE LIFE INSURANCE
COMPANY (f/k/a THE EQUITABLE LIFE : Case No.: 08 CV 01661 (AKH)
ASSURANCE SOCIETY OF THE UNITED
STATES),

Plaintiff,:

vs.

CENTRE LIFE INSURANCE COMPANY,

Defendant.:
------------------------------------------------------------x

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff AXA Equitable Life Insurance Company (f/k/a The Equitable Life Assurance Society of the United States) hereby dismisses the above-captioned action.

Dated: April 14, 2008        Respectfully submitted,

SIMPSON THACHER & BARTLETT LLP

By: /s/ Linda H. Martin
Barry R. Ostrager (BR 5379)
  Email: bostrager@stblaw.com
Linda H. Martin (LM 9219)
  Email: lmartin@stblaw.com
Agnès Dunogué (AD 1977)
  Email: adunogue@stblaw.com
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
***Attorneys for Plaintiff AXA Equitable Life Insurance Company***