UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
AXA EQUITABLE LIFE INSURANCE
COMPANY (f/k/a THE EQUITABLE LIFE : Case No.: 08 CV 01661 (AKH)
ASSURANCE SOCIETY OF THE UNITED
STATES),

                               Plaintiff,:

   vs.

CENTRE LIFE INSURANCE COMPANY,

                             Defendant.:
------------------------------------------------------------x

## NOTICE OF DISMISSAL

     PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff AXA Equitable Life Insurance Company (f/k/a The Equitable Life Assurance Society of the United States) hereby dismisses the above-captioned action.

Dated: April 14, 2008        Respectfully submitted,

                                  SIMPSON THACHER & BARTLETT LLP

                                  By: _____
                                  Barry R. Ostrager (BR 5379)
                                  Email: bostrager@stblaw.com
                                  Linda H. Martin (LM 9219)
                                  Email: lmartin@stblaw.com
                                  Agnès Dunogué (AD 1977)
                                  Email: adunogue@stblaw.com
                                  425 Lexington Avenue
                                  New York, New York 10017
                                  Telephone: (212) 455-2000
                                  Facsimile: (212) 455-2502
                                  *Attorneys for Plaintiff AXA Equitable Life Insurance Company*

So ordered 4/16/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/16/08